AO 94 (Rev. 8/97) Commitment to Another District

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 20 2007
J.T. NOBLIN, CLERK
BY: _____ Deputy

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

UNITED STATES OF AMERICA
V.
Christopher Knight

COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 07-0292-KD | 1:07mj534 | 07-292 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of 18 U.S.C. § 2422(b) & 2423(b)

**DISTRICT OF OFFENSE** Southern District of Alabama

**DESCRIPTION OF CHARGES:**

Use of Interstate Facilities to Entice Juvenile to Engage in Sexual Act
Travel with Intent to Engage in Sexual Act with a Juvenile

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**TO: THE UNITED STATES MARSHAL** SOUTHERN DISTRICT OF MISSISSIPPI

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/20/07
Date

United States Judge or Magistrate Judge

**RETURN**

A TRUE COPY, I HEREBY CERTIFY.
J.T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

◆ AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# United States District Court

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 2 0 2007
By J.T. NOBLIN, CLERK
_____ Deputy

Southern DISTRICT OF Mississippi

UNITED STATES OF AMERICA

V.

Christopher Knight
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(~~Complaint~~/Indictment)

CASE NUMBER: 1:07mj534

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the Southern District of Alabama alleging violation of 18 USC 2422(b) & 2423(b)
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

DEFENDANT REQUESTS A DETENTION HEARING IN MOBILE, AL.

Chris Knight
Defendant

9/19/07
Date

_____
Defense Counsel

A TRUE COPY, I HEREBY CERTIFY.
J.T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK

3

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | |
| United States vs. Christopher N. Knight | FOR Southern District AT Gulfport |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 20 2007
J.T. NOBLIN, CLERK
By _____ Deputy
LOCATION NUMBER
0538

PERSON REPRESENTED (Show your full name)
Christopher Norland Knight

☒ 1 Defendant – Adult
☐ 2 Defendant – Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

DOCKET NUMBERS
Magistrate: 1:07mj534
District Court: S/AL 07-0292
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
18 USC 2422
18 USC 2423

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Star Chevrolet, Wiggins, MS
IF YES, how much do you earn per month? $ 1300 net
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____
SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 600 (checking)

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
| VALUE | DESCRIPTION |
|---|---|
| $ 5,000 | '99 Ford Mustang |
| 10,000 | Personal Belongings (electronics, etc) |
| 2,500 | '05 Honda 4 Wheeler |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 4 — wife, child, 2 step kids
List persons you actually support and your relationship to them: wife, 2 step children
def's son does not live with him – def. does not pay child support

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| utilities | | $ | $ 370 |
| car note | | $ 2200 | $ 188 |
| auto insur/credit card | | $ | $ 140/80 |
| atty fees/bondsman | | $ | $ |

cr note 188
power 300
phone 70
ins. 140
edit card 80
ord 200
tax 7000

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/19/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Chris Knight

A TRUE COPY, I HEREBY CERTIFY
J.T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK

# U.S. District Court
## Southern District of Mississippi (Southern)
## CRIMINAL DOCKET FOR CASE #: 1:07-mj-00534-RHW All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Knight | Date Filed: 09/19/2007 |

Assigned to: Magistrate Judge Robert H. Walker

**Defendant**

Christopher N Knight (1)   represented by   **John William Weber, III**
FEDERAL PUBLIC DEFENDER - Gulfport
2012 15 Street, Suite 380
Gulfport, MS 39501
228/563-1541
Fax: 228/563-1542
Email: john_weber@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                             **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                    **Disposition**
18:2422.F, 18:2423.F

**Interested Party**
Probation Gulfport

**Plaintiff**

USA  represented by **John A. Meynardie**
U.S. ATTORNEY'S OFFICE
1575 20th Ave.
Gulfport, MS 39501
228/563-1560
Email: john.meynardie@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2007 |  | Arrest of Christopher N Knight on warrant from Mobile, AL (SDAL) on case no. 07-0292-KD. (JR) (Entered: 09/20/2007) |
| 09/19/2007 |  | Minute Entry for proceedings held before Judge Robert H. Walker :Initial Appearance in Rule 5(c)(3) Proceedings as to Christopher N Knight held on 9/19/2007 Appearance entered by John William Weber, III for Christopher N Knight on behalf of defendant. Defendant was sworn, advised of the charges, the maximum penalties and his rights. Financial affidavit taken by the USPO was signed under oath in open court. The Court appointed the Federal Public Defender John Weber, who was present. Government moved for detention, as defendant was arrested on a warrant in cause no. 07-0292-KD out of the Southern District of Alabama. Defendant signed Waiver of Rule 5 Hearings and will be transported to Mobile this week. AUSA J Meynardie; FPD J Weber; USPO S Doll; USMs R Wilburn, S Newell, I Jenkins, R Kestner; CSO R Schauer. (Tape #2007-11) (JR) (Entered: 09/20/2007) |
| 09/20/2007 | 1 | CJA 23 Financial Affidavit by Christopher N Knight (JR) (Entered: 09/20/2007) |
| 09/20/2007 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Christopher N Knight. John William Weber, III for Christopher N Knight appointed.. Signed by Judge Robert H. Walker on September 19, 2007 (JR) (Entered: 09/20/2007) |
| 09/20/2007 | 3 | WAIVER of Rule 5 Hearings by Christopher N Knight (JR) (Entered: 09/20/2007) |
| 09/20/2007 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Christopher N Knight. Defendant committed to District of Southern District of Alabama. Signed by Judge Robert H. Walker on September 20, 2007 (JR) (Entered: 09/20/2007) |

A TRUE COPY, I HEREBY CERTIFY.
J.T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15th Street, Suite 672
Gulfport, Mississippi 39501

Robert H. Walker
United States Magistrate Judge

(228) 563-1720
fax (228) 563-1721

September 20, 2007

Mr. Charles R Diard, District Clerk
United States District Court
131 John A. Campbell United States Courthouse
113 St. Joseph Street
Mobile, AL 36602

        Re: United States vs. Christopher N. Knight
        Case No. 07-0292-KD
        (SD/MS Magistrate Case No. 1:07mj534)

Dear Mr. Diard,

    Enclosed are certified copies of all documents filed in Rule 5(c)/Rule 32 hearings in this Court, with regard to the above named defendant and case number.

    If we can be of further assistance, please advise.

                            Sincerely,

                            Julie C. Russell
                            Courtroom Deputy

Encls.