FILED IN OPEN COURT
OCT 10 2007
CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 07-00292-KD |
| CHRISTOPHER KNIGHT | : | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the defendant, pursuant to Title 18, United States Code, Section 3142(e) and (f) and/or _____.

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved (check all that apply):

    A. \_\_\_ This is a crime of violence within the meaning of Title 18, United States Code, Section 3156;

    B. \_\_\_ This is an offense for which the maximum sentence is life imprisonment or death;

    C. \_\_\_ This is a drug offense for which a maximum term of imprisonment of ten years is prescribed;

    D. \_\_\_ The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

    E. ✓ There is a serious risk that the above-named defendant(s) will flee;

    F. ✓ There is a serious risk that the above-named defendant(s) will

obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>. The court should detain the defendant(s) because there are no conditions or combination of conditions of release which will reasonably assure (check one or both):

  A. ✓   The defendant(s)' appearance as required; and/or

  B. ✓   The safety of any other person and/or the community.

3.  <u>Rebuttable Presumption</u>. The United States will/will not invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e). If yes, the rebuttable presumption arises because (check one or both):

  A. ___   There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed or an offense under Title 18, United States Code, Section 924(c).

  B. ___   The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed; and

  C. ___   The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense, and

  D. ___   A period of not more than five years has elapsed since the date of

conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

E. ✓     The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>. The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

    A. ___     At first appearance; or

    B. ✓     After a continuance of _2_ days (not to exceed three days).

5. <u>Other Matters</u>. _____

_____.

Dated this 10th day of October, 2007.

                                       Respectfully submitted,

                                       DEBORAH J. RHODES
                                       UNITED STATES ATTORNEY
                                       by:

                                       */s/ Maria E. Murphy*
                                       Maria E. Murphy(MURPM8440)
                                       United States Attorney's Office
                                       63 So. Royal Street, Suite 600
                                       Mobile, Alabama 36602
                                       Tel: (251) 441-5845
                                       Fax: (251) 441-5131
                                       E-mail:maria.murphy@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Motion for Detention Hearing upon the defendant by HAND DELIVERY this the 10th day of October, 2007.

_____
Maria E. Murphy
Assistant United States Attorney