**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | )   **CRIMINAL CASE NO. 07-00292-KD** |
| | ) |
| **CHRISTOPHER N. KNIGHT,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This matter is before the court on the joint motion to continue trial set for the January 2008 trial term [Doc. 37].

Upon due consideration, the court finds that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i), the ends of justice outweigh the best interest of the defendant and the public in a speedy trial. Therefore, the trial of this matter is hereby **CONTINUED** to the February 2008 term with jury selection to be held on January 28, 2008.

A waiver of Speedy Trial, signed by the defendant, shall be filed **on or before December 28, 2007.**

The clerk is directed to refer this matter to the magistrate judge to reschedule a pretrial conference for January 2008.

**DONE and ORDERED** this the 21st day of December, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE